LAGOMARSINO LAW
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiff*
*Xaviera Neal*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| XAVIERA NEAL, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, a foreign company;<br><br>Defendants. | CASE NO.: 2:19-CV-01923-KJD-VCF<br><br>**NOTICE TO TERMINATE AND REMOVE ATTORNEY CHAD FUSS, ESQ. FROM CASE, CM/ECF SERVICE LIST AND COURT DOCKET and [PROPOSED] ORDER** |

PLEASE TAKE NOTICE that the undersigned hereby requests that attorney Chad Fuss, Esq., formerly of the law firm of LAGOMARSINO LAW, be terminated from this case and removed from the Court's docket and CM/ECF service list(s) as Mr. Fuss is no longer with the law firm of LAGOMARSINO LAW.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

PLEASE TAKE FURTHER NOTICE that this notice relates only to Chad Fuss, Esq. and that ANDRE M. LAGOMARSINO, ESQ. with the law firm of LAGOMARSINO LAW is still active in this case.

DATED this 23rd day of December, 2019.

**LAGOMARSINO LAW**

ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorney for Plaintiff*
*Xaviera Neal*

## [PROPOSED] ORDER

IT IS SO ORDERED.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

DATED: 1-13-2020

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that on this 23rd day of December, 2019, the foregoing **NOTICE TO TERMINATE AND REMOVE ATTORNEY CHAD FUSS, ESQ. FROM CASE, CM/ECF SERVICE LIST AND COURT DOCKET and [PROPOSED] ORDER** was electronically served on all parties to this action, through the CM/ECF system of the United States District Court, to the following:

Hall Jaffe & Clayton
Riley A. Clayton, Esq.
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorney for Defendant*

_____
An Employee of **LAGOMARSINO LAW**