**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
3005 West Horizon Ridge Parkway, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| XAVIERA NEAL, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, a foreign company;<br><br>Defendant. | CASE NO.: 2:19-CV-01923-KJD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE FARM and AMEND COMPLAINT** |

COMES NOW, Plaintiff XAVIERA NEAL, by and through her undersigned attorneys, ANDRE M. LAGOMARSINO, ESQ. and CHAD D. FUSS, ESQ. of LAGOMARSINO LAW, and Defendants STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE FARM and STATE FARM COUNTY MUTUAL INSURANCE COMPANY OF TEXAS hereby stipulate pursuant to FRCP 41 and FRCP 15 as follows:

1. Plaintiff dismisses her claim against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE FARM without prejudice;

////

////

////

2. Plaintiff shall file the First Amended Complaint, attached as Exhibit 1;

IT IS SO STIPULATED.

| Dated this 27th day of November, 2019. | Dated this 27th day of November, 2019. |
|---|---|
| **LAGOMARSINO LAW** | **HALL JAFFE & CLAYTON, LLP** |
| /s/ *CHAD D. FUSS, ESQ.* <br> ANDRE M. LAGOMARSINO, ESQ. <br> Nevada Bar No. 6711 <br> CHAD D. FUSS, ESQ. <br> Nevada Bar No. 12744 <br> 3005 West Horizon Ridge Parkway, #241 <br> Henderson, Nevada 89052 <br> Telephone: (702) 383-2864 <br> Facsimile: (702) 383-0065 <br> *Attorneys for Plaintiff* | /s/ *RILEY A. CLAYTON, ESQ.* <br> RILEY A. CLAYTON, ESQ. <br> Nevada Bar No. 5260 <br> 7425 Peak Drive <br> Las Vegas, Nevada 89128 <br> Telephone: (702) 316-4111 <br> Facsimile: (702) 316-4114 <br> *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

DATED this 14 day of January, 2020

_____
UNITED STATES DISTRICT COURT JUDGE

Page 2 of 2